559 F.2d 1204
 95 L.R.R.M. (BNA) 3011, 82 Lab.Cas. P 10,009,
82 Lab.Cas. P 10,010
 N. L. R. B.
v.
Henry M. Hald High School Association
 No. 76-4258, 76-4259
 United States Court of Appeals, Second Circuit
 5/6/77
 
 1
 N.L.R.B.
 
 
 2
 ENFORCEMENT GRANTED*
 
 
 
 *
 Oral opinion delivered in open court in the belief that no jurisprudential purpose would be served by a written opinion. An oral opinion or a summary order is not citable as precedent. Local Rule Sec. 0.23